# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00669-CV

**Bruce D. Atherton & Associates, P.L.L.C., and Bruce D. Atherton, Appellants**

**v.**

**William Cordes, Appellee**

### FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT
### NO. 2009V-227, HONORABLE DAN R. BECK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to abate appeal pending approval of a settlement agreement. We grant the motion and abate the appeal for ninety days, until May 5, 2011. On or before that date, the parties are to report to this Court about the status of the underlying cause. Should the trial court approve the parties' settlement agreement, the parties are to promptly file a motion to reinstate and dismiss the appeal.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Abated

Filed:  February 4, 2011